UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:13-CR-370-T-24EAJ

LAWRENCE H. DORMAN
_____:

ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance hearing. For the following reasons, the defendant should be detained without bail.

The defendant is charged in an indictment with offenses relating to possessing, and the production of, child pornography, in violation of 18 U.S.C. 2251, 2252A. The defendant is also charged with coercion and enticement of a minor. There is a presumption, in light of these offenses, that the defendant be detained pursuant to 18 U.S.C. 3142(e), if probable cause is established. By virtue of the indictment returned against the defendant, probable cause has been established to believe that the defendant committed

the offenses alleged in the indictment. Thus, there is a presumption that he should be detained.

At the hearing, the defendant, through counsel, did not seek to overcome the presumption at this point but requested, and was granted, the opportunity to seek to rebut the presumption in the future by the filing of an appropriate motion.

It is, therefore, upon consideration

ORDERED:

1. That the defendant LAWRENCE H. DORMAN shall be DETAINED without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 1st day of August, 2013.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE