1     **UNITED STATES DISTRICT COURT**
       MIDDLE DISTRICT OF FLORIDA
2            TAMPA DIVISION

3   UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.              CASE NO. 8:13-CR-370-T-24EAJ
                          December 3, 2013
6                         Tampa, Florida
                          10:14 – 10:52 a.m.
7
    LAWRENCE H. DORMAN,
8
                     Defendant.
9   _____/

10
                   TRANSCRIPT OF PLEA HEARING
11                    (Document No. 31)
           BEFORE THE HONORABLE ELIZABETH A. JENKINS
12              UNITED STATES MAGISTRATE JUDGE

13
    APPEARANCES:
14
    For the Government:   STACIE B. HARRIS, ESQ.
15                        Assistant U.S. Attorney
                          400 N. Tampa Street, Suite 3200
16                        Tampa, Florida 33602
                          813/274-6346
17
    For the Defendant:    TIMOTHY R. TAYLOR, ESQ.
18                        100 South Ashley Drive, Suite 890
                          Tampa, Florida 33602
19                        813/229-1234

20  Court Reporter:       Howard W. Jones, RPR
                          801 N. Florida Avenue, Suite 15A
21                        Tampa, Florida 33602
                          813/301-5024
22


23


24  Proceedings transcribed via courtroom digital audio
    recording by Official Court Reporter using computer-aided
25  transcription.

1      **P R O C E E D I N G S**

2           (Court called to order.)

3           THE COURT:  Good morning.  We are here for a

4      guilty plea in the case of the United States of America vs.

5      Lawrence Dorman.

6           Could we have your appearances, please?

7           MS. HARRIS:  Good morning, Your Honor.  Stacie

8      Harris on behalf of the United States.

9           MR. TAYLOR:  Good morning, Your Honor.  Tim Taylor

10     representing Lawrence Dorman.

11          THE COURT:  Thank you.

12          And, Mr. Dorman, you may be seated.  Please stand,

13     however, so you can be sworn to tell the truth, then you may

14     sit down again.

15          (Defendant sworn by the Deputy Clerk.)

16          THE DEFENDANT:  Yes, ma'am.

17          THE COURT:  All right.  Please be seated.

18          And tell me your name.

19          THE DEFENDANT:  Lawrence Dorman.

20          THE COURT:  Do you understand, sir, that you've

21     been sworn to tell the truth?

22          THE DEFENDANT:  Yes.

23          THE COURT:  If you don't tell the truth as to any

24     important matter, you could be prosecuted for perjury or

25     false statement.

1          Do you understand that?

2          THE DEFENDANT:  Yes, ma'am.

3          THE COURT:  Having warned you of that, it's very

4   important that you understand completely what we talk about.

5   If I say something you don't understand, please ask me to

6   explain or ask to talk with your attorney, okay?

7          THE DEFENDANT:  Yes, ma'am.

8          THE COURT:  If you decide during the hearing you

9   don't want to plead guilty, that's fine, you will be

10  returned to the trial calender.  But if you do plead guilty

11  and if your plea is accepted by the District Judge, at that

12  point it becomes very difficult, if not impossible, to

13  change your mind.

14         Do you understand that?

15         THE DEFENDANT:  Yes, ma'am.

16         THE COURT:  I need to ask you some background

17  questions to determine if you're competent to make this

18  decision.

19         Is Lawrence Dorman your true name?

20         THE DEFENDANT:  Yes, ma'am.

21         THE COURT:  There's an "a/k/a Howie" in the

22  indictment.  Have you also used that name?

23         THE DEFENDANT:  Yes, ma'am.

24         THE COURT:  Any other names?

25         THE DEFENDANT:  No, ma'am.

1          THE COURT:  How old are you?

2          THE DEFENDANT:  Forty-two.

3          THE COURT:  What's the last level of education you

4     completed?

5          THE DEFENDANT:  Eighth grade.

6          THE COURT:  And where was that?

7          THE DEFENDANT:  Kathleen, Florida.  Lakeland,

8     Florida.

9          THE COURT:  Lakeland?

10         THE DEFENDANT:  Yes, ma'am.

11         THE COURT:  Okay.  Are you able to read, write,

12    and understand English?

13         THE DEFENDANT:  Yes, ma'am.

14         THE COURT:  Have you ever been declared mentally

15    incompetent?

16         THE DEFENDANT:  No, ma'am.

17         THE COURT:  Have you ever been treated for

18    addiction to drugs or addiction to alcohol?

19         THE DEFENDANT:  Yes.  Yes, ma'am.

20         THE COURT:  Okay.  Now, have you been in custody

21    on these charges?  In other words, are in the Marshal's

22    custody?

23         THE DEFENDANT:  Yes, ma'am.

24         THE COURT:  Okay.  When was your drug or alcohol

25    treatment?

1    THE DEFENDANT:  Was not neither.  I have not had

2  neither.

3    THE COURT:  Oh, I see.  So you had some mental --

4    THE DEFENDANT:  I don't understand.

5    THE COURT:  Have you had some mental treatment?

6    THE DEFENDANT:  Yes, ma'am, it's Peace River

7  Center, Lakeland, Florida.

8    THE COURT:  Okay.  Now, have you ever been

9  declared mentally incompetent?

10    MR. TAYLOR:  Judge, I know he has been Baker Acted

11  before, I don't know if he's actually been declared in --

12  I'm sorry, Judge.

13    I know he's been Baker Acted before.  I don't know

14  if he's ever been declared incompetent by a Court, but I

15  know he has been Baker Acted on multiple occasions.

16    THE COURT:  All right.  And can you tell me,

17  Mr. Taylor, the most recent one, if you know?

18    THE DEFENDANT:  Roughly seven years ago, eight

19  years ago.

20    THE COURT:  Okay.  Has there ever been a diagnosis

21  of a mental illness that's been made?

22    THE DEFENDANT:  Yes.  Yes, ma'am.

23    THE COURT:  Okay.  What is that?

24    THE DEFENDANT:  ADHD, bipolar.

25    THE COURT:  Okay.

1          THE DEFENDANT:  Depression.

2          THE COURT:  What was the last thing?

3          THE DEFENDANT:  Depression.

4          THE COURT:  Okay.  Are you taking medicine

5    currently for any of those mental conditions?

6          THE DEFENDANT:  No, ma'am.

7          THE COURT:  Do you have any serious physical

8    conditions?

9          THE DEFENDANT:  Yes, ma'am.

10          THE COURT:  And what are those?

11          THE DEFENDANT:  I have seizures.  I have head --

12   major head trauma.

13          THE COURT:  And do you take medicine to control

14   your seizures?

15          THE DEFENDANT:  Yes, ma'am, I do.

16          THE COURT:  What is that medicine, if you know?

17          THE DEFENDANT:  Dilantin and Depakote.

18          THE COURT:  Dilantin.  And the other one?

19          THE DEFENDANT:  Depakote.

20          THE COURT:  Depakote?  Okay.  Do you take those as

21   prescribed by the jail physician?

22          THE DEFENDANT:  Yes, ma'am.

23          THE COURT:  And does it help control your

24   seizures?

25          THE DEFENDANT:  It relaxes them, but it does

1    not -- it don't completely stop them, no, ma'am.

2              THE COURT:  All right.  When was the last time

3    that you had a seizure, to your recollection?

4              THE DEFENDANT:  Like a month ago.

5              THE COURT:  Okay.  Now, in terms of the mental

6    condition, how are you feeling -- well, first of all, how

7    are you feeling physically today?

8              THE DEFENDANT:  I'm fine today.

9              THE COURT:  Other than the seizure medication,

10   have you had any other prescribed medication within the past

11   24 hours?

12             THE DEFENDANT:  No, ma'am.

13             THE COURT:  Have you had any drugs or alcohol or

14   over-the-counter or other drugs within the past --

15             THE DEFENDANT:  No, ma'am.

16             THE COURT:  -- 24 hours?

17             THE DEFENDANT:  Excuse me, I'm sorry.  No, ma'am.

18             THE COURT:  Okay.  Well, despite the fact you're

19   not getting medication for these mental conditions, how do

20   you feel mentally right now?

21             THE DEFENDANT:  I'm fine, ma'am.

22             THE COURT:  Okay.

23             Any competency concerns, Mr. Taylor?

24             MR. TAYLOR:  No, Your Honor, and I've had

25   discussions with him this morning.  He seems alert, he

1  understands where we are, what's going on, and he's answered

2  all my questions in a reasonable manner.

3          THE COURT:  And how many other occasions did you

4  have a chance to talk with him and evaluate his demeanor?

5          MR. TAYLOR:  Your Honor, I've spoken with him on

6  at least three or four other occasions and I've never

7  noticed anything unusual.  He's always been competent and

8  alert and understood exactly where we were and what we were

9  doing on each of those occasions and that would be over the

10 course of the last four months or so.  I've never noticed

11 anything.

12         THE COURT:  Okay.  So he's able to assist you

13 historically with any information you need?

14         MR. TAYLOR:  Yes, Your Honor, he's been able to

15 assist with the defense.  I've been able to go over police

16 reports with him, go over the facts of the case.  He was

17 able to comprehend them, understand them, and he's been able

18 to assist in the defense.

19         THE COURT:  Thank you, Mr. Taylor.

20         Ms. Harris, any competency concerns?

21         MS. HARRIS:  No, Your Honor.

22         THE COURT:  Based on this information,

23 Mr. Dorman's demeanor, the responses of counsel, I do find

24 you competent, Mr. Dorman, to make this decision.

25         You have the right to have the judge who will

1  decide your case conduct this guilty plea hearing.  That

2  judge is Judge Susan Bucklew, a District Judge.  Only a

3  District Judge can decide felony cases like yours.

4         Do you understand that?

5         THE DEFENDANT:  Yes, ma'am.

6         THE COURT:  However, I am a judicial officer and

7  as the Magistrate Judge assigned to your case, I conduct

8  pretrial hearings and decide matters that do not finally

9  decide the case and I can conduct a guilty plea hearing and

10  recommend to the District Judge whether it should be

11  accepted, but I can only conduct this hearing today with

12  your consent.

13         Do you understand that?

14         THE DEFENDANT:  Yes, ma'am.

15         THE COURT:  Do you consent to have me conduct this

16  guilty plea hearing?

17         THE DEFENDANT:  Yes, ma'am.

18         THE COURT:  Has anyone promised you anything or

19  threatened you to get you to give up your right to have the

20  hearing before the District Judge?

21         THE DEFENDANT:  No, ma'am.

22         THE COURT:  According to the plea agreement,

23  you're going to plead guilty to Count One of the indictment

24  charging you with production of child pornography.  And

25  Count One alleges that:

1          On or about January 14th, 2013, in the Middle

2     District of Florida and elsewhere, you, the defendant, did

3     employ, use, persuade, induce, entice, and coerce a minor

4     identified by the initials R.K. to engage in sexually

5     explicit conduct for the purpose of producing a visual

6     depiction of that conduct -- of such conduct and the

7     defendant knew or had reason to know that the visual

8     depiction was produced and transmitted using materials that

9     had been mailed, shipped, and transported in or affecting

10    interstate or foreign commerce by any means, including by

11    computer, and this alleges a violation of Title 18, United

12    States Code, Section 2251(a) and (e).

13          Do you understand that charge?

14          THE DEFENDANT:  Yes, ma'am.

15          THE COURT:  Have you had a complete opportunity to

16    review this indictment and discuss this case with your

17    attorney?

18          THE DEFENDANT:  Yes, ma'am.

19          THE COURT:  Have you had all the time you need

20    with your attorney to decide what's best for you?

21          THE DEFENDANT:  Yes, ma'am.

22          THE COURT:  Are you fully satisfied with the

23    advice and representation your attorney has provided to you

24    in this case?

25          THE DEFENDANT:  Yes, ma'am.

1          THE COURT:  I'm going to ask that you look at the

2    plea agreement and also the notice regarding entry of plea

3    of guilty.

4          Do you have those in front of you?

5          MR. TAYLOR:  Yes, Your Honor.

6          THE COURT:  Okay.  Please look at that notice and

7    also the plea agreement, sir, and tell me whether those are

8    you signatures and initials after you review them fully and

9    also whether the copy of the plea agreement from the Court

10   file is the true copy of the original.

11         THE DEFENDANT:  Yes, ma'am.

12         THE COURT:  Okay.  Before you signed those two

13   documents, did you go over them with your attorney?

14         THE DEFENDANT:  Yes, ma'am.

15         THE COURT:  Do you understand them?

16         THE DEFENDANT:  Yes, ma'am.

17         THE COURT:  Okay.  Is the plea agreement a true

18   copy of the original?

19         THE DEFENDANT:  Yes, ma'am.

20         THE COURT:  Thank you.

21         I'm going to go over the main parts of the plea

22   agreement with you, but please feel free to ask me about

23   anything, whether we go over it or not.  It's important that

24   you understand, Mr. Dorman, that even though you have a plea

25   agreement with the prosecution, the Judge doesn't have to

1    follow any recommendations, even if it's in your plea

2    agreement.  And even though, you may be pleading guilty, the

3    Judge has the authority, if the Judge thinks it's

4    appropriate, to sentence you up to the maximum sentence in

5    this case.

6              Do you understand that?

7              THE DEFENDANT:  Yes, ma'am.

8              THE COURT:  However, the plea agreement provides:

9              First, that in return for your plea of guilty to

10   Count One of the indictment, the prosecution will dismiss

11   Counts Two through Four; and,

12             You agree to make full restitution to the victim

13   known as R.K.

14             Is there any amount that has been calculated at

15   this point, Ms. Harris?

16             MS. HARRIS:  No, Your Honor.

17             THE COURT:  Okay.

18             Restitution means to pay back money to a victim.

19   That can be part of your sentence.

20             Do you understand that?

21             THE DEFENDANT:  Yes, ma'am.

22             THE COURT:  The prosecution, on page three and

23   four, puts you on notice that it will ask the Court to

24   sentence you within the guideline range as adjusted by any

25   departure the prosecution has agreed to recommend.

1          Any questions about that?

2          THE DEFENDANT:  No, ma'am.

3          THE COURT:  It may be to your advantage to ask the

4   Court to sentence you outside the Guidelines, but here the

5   prosecution is putting you on notice of its position.

6          Any questions about that?

7          THE DEFENDANT:  No, ma'am.

8          THE COURT:  Also, the prosecution agrees to not

9   oppose your request to receive appropriate credit for

10  acceptance of responsibility under the Guidelines as set

11  forth on page four.

12         Also, you agree to cooperate fully with the

13  prosecution and testify in any proceeding and provide any

14  relevant information and the prosecution will consider when

15  that cooperation is over whether it's important enough to

16  qualify for substantial assistance.

17         Just because you cooperate doesn't mean you

18  provided substantial assistance.

19         Do you understand that?

20         THE DEFENDANT:  Yes, ma'am.

21         THE COURT:  If the prosecution decides that it's

22  not of substantial assistance and does not file the motion,

23  you can't challenge that decision in any way.

24         Do you understand that?

25         THE DEFENDANT:  Yes, ma'am.

1          THE COURT:  And you also can't challenge the

2    government's decision about what type of motion to file as

3    provided on page five and six.

4          Any questions about that?

5          THE DEFENDANT:  No, ma'am.

6          THE COURT:  And, finally, in connection with this

7    provision, even if the prosecution does file that motion for

8    substantial assistance, it's just another recommendation

9    that the Court hears and the Court has the authority to

10   grant the motion for substantial assistance or deny it as

11   the Court sees appropriate.

12         Do you understand that?

13         THE DEFENDANT:  Yes, ma'am.

14         THE COURT:  You also agree to forfeit a number of

15   assets, including, but not limited to, the assets on page

16   nine, which include real property located at 3127 Gardner

17   Road, a Ford truck ending with the Florida license plate

18   110WWR, computer equipment described on page nine,

19   paragraph c through j, including a CD.

20         And at page ten and 11 and 12, you agree to give

21   up a number of rights that you might otherwise have to

22   challenge any forfeiture and you agree that the factual

23   basis of the plea agreement provides a sufficient basis to

24   forfeit property.

25         Any questions about that?

1        THE DEFENDANT:  No, ma'am.

2        THE COURT:  You also agree to abandon the computer

3  equipment described on page 12 and 13.

4        Any questions about that?

5        THE DEFENDANT:  No, ma'am.

6        THE COURT:  Page 13 and 14 notify you that under

7  the Sex Offender Registration and Notification Act, a

8  federal law, you must register and keep your registration

9  current in each of the following jurisdictions:  Where you

10  reside, where you work and, if you're a student, the

11  location of your school.

12        And as part of that registration you have to

13  provide certain information and update that and you could

14  face criminal prosecution for failure to register if you

15  don't comply with these provisions.

16        Do you understand that?

17        THE DEFENDANT:  Yes, ma'am.

18        THE COURT:  There's another provision that we need

19  to discuss, it's on page 18, and it significantly limits

20  your right to appeal your sentence after it's imposed.

21  Ordinarily, even though you're pleading guilty, you would

22  have a right to appeal.  But here, as part of your plea

23  agreement, you're limiting the issues you can appeal to only

24  three things.  So I'm going to ask the prosecutor to read

25  this and then I'm going to discuss it with you briefly.  So

1    please listen to what the prosecutor reads.

2           MS. HARRIS:  The defendant agrees that this Court

3    has jurisdiction and authority to impose any sentence up to

4    the statutory maximum and expressly waives the right to

5    appeal defendant's sentence on any ground, including the

6    ground that the Court erred in determining the applicable

7    Guidelines range pursuant to the United States Sentencing

8    Guidelines, except:

9           A, the ground that the sentence exceeds the

10   defendant's applicable Guidelines range as determined by the

11   Court pursuant to the United States Sentencing Guidelines;

12          B, the ground that the sentence exceeds the

13   statutory maximum penalty; or,

14          C, the ground that the sentence violates the

15   Eighth Amendment to the Constitution

16          Provided, however, that if the government

17   exercises its right to appeal the sentence imposed as

18   authorized by 18, United States Code, Section 3742(b), then

19   the defendant is released from his waiver and may appeal the

20   sentence as authorized by 18, United States Code,

21   Section 3742(a).

22          THE COURT:  Thank you.

23          Did you hear the provision that Ms. Harris read?

24          THE DEFENDANT:  Yes, ma'am.

25          THE COURT:  Have you gone over it with your

1  attorney?

2          THE DEFENDANT: Yes, ma'am.

3          THE COURT: Do you think you understand it?

4          THE DEFENDANT: Yes, ma'am.

5          THE COURT: Do you have any questions?

6          THE DEFENDANT: No, ma'am.

7          THE COURT: Do you make this waiver knowingly?

8          THE DEFENDANT: Yes, ma'am.

9          THE COURT: And do you make it voluntarily?

10         THE DEFENDANT: Yes, ma'am.

11         THE COURT: Does this plea agreement, Mr. Dorman,

12 that I'm holding up, the written plea agreement, contain all

13 the promises or understandings that led you to plead guilty?

14         THE DEFENDANT: Yes, ma'am.

15         THE COURT: Is there anything anyone's promised

16 you which is not in the written plea agreement?

17         THE DEFENDANT: No, ma'am.

18         THE COURT: Has anybody threatened you in any way,

19 mentally or physically, to get you to plead guilty?

20         THE DEFENDANT: No, ma'am.

21         THE COURT: Do you understand the charge you're

22 pleading guilty to is a felony crime and if your plea is

23 entered and accepted, there will be an adjudication of guilt

24 and as a result you could lose valuable civil rights, such

25 as the right to vote, the right to hold public office, the

1  right to serve on a jury, and the right to possess any kind

2  of a firearm?  Those could be possible consequences of your

3  guilty plea.

4            Do you understand that?

5            THE DEFENDANT:  Yes, ma'am.

6            THE COURT:  And if you were not a citizen of this

7  country, but someone here legally or illegally, a citizen of

8  another country, you could face immigration consequences as

9  a result.

10           Do you understand that?

11           THE DEFENDANT:  Yes, ma'am.

12           THE COURT:  The penalty for Count one that you've

13  agreed to plead guilty to is a mandatory minimum prison term

14  of 15 years and a maximum prison term of 30 years.

15           Do you understand that?

16           THE DEFENDANT:  Yes, ma'am.

17           THE COURT:  You also face the fine of up to

18  $250,000, a term of supervised release of at least five

19  years to life imprisonment, and a special assessment of $100

20  due at sentencing.

21           Do you understand that?

22           THE DEFENDANT:  Yes, ma'am.

23           THE COURT:  If you're sentenced to prison, after

24  your release you would be on supervised release.  If you

25  violated any provision of your supervised release, the

1  result would be that you would be returning to prison for an

2  additional period of time if you violate supervised release.

3         Do you understand that, sir?

4         THE DEFENDANT:  Yes, ma'am.

5         THE COURT:  The Court can also order you to make

6  restitution to any victim and also order you to forfeit

7  property as a consequence.

8         Do you understand that?

9         THE DEFENDANT:  Yes, ma'am.

10        THE COURT:  Do you understand fully these

11 penalties?

12        THE DEFENDANT:  Yes, ma'am.

13        THE COURT:  The Court also has to consider and

14 apply the federal Sentencing Guidelines in determining an

15 appropriate sentence and those are complex and no one will

16 know for sure what the guidelines will be until sentencing.

17        Do you understand that?

18        THE DEFENDANT:  Yes, ma'am.

19        THE COURT:  Once the Judge reviews the presentence

20 report and considers any objections that you or the

21 government have, the Judge will calculate the Guidelines and

22 then use them in an advisory manner to determine a

23 reasonable sentence.

24        Do you understand this process?

25        THE DEFENDANT:  Yes, ma'am.

1          THE COURT:  Have you and your attorney talked

2    about the Guidelines and how they may apply?

3          THE DEFENDANT:  Yes, ma'am.

4          THE COURT:  If your sentence is different from

5    what you expect or hope for, for any reason, Mr. Dorman,

6    including a prediction by your attorney or someone else, you

7    can't change your mind about pleading guilty just because

8    you get a different sentence.

9          Do you understand that?

10         THE DEFENDANT:  Yes, ma'am.

11         THE COURT:  Once the Judge determines the

12   guideline range, the Judge has the authority to exceed the

13   Guidelines and depart upwards or go below the Guidelines and

14   depart downwards in certain instances.

15         Do you understand that?

16         THE DEFENDANT:  Yes, ma'am.

17         THE COURT:  Do you understand that parole has been

18   abolished and if you are sentenced to prison you will not be

19   released early on parole?

20         THE DEFENDANT:  Yes, ma'am.

21         (Defendant confers with his counsel.)

22         THE COURT:  Yes.  Do you need more time?

23         MR. TAYLOR:  No, Your Honor.  I just wanted -- I

24   talked to him because he had indicated to me and I've

25   discussed with him with regard to it, there is a maximum of

1    30 years and the minimum mandatory of 15 years and his

2    understanding -- was asking with regard to the sentencing

3    guideline, that based on the plea agreement the Judge could

4    go below that as opposed to the -- you know, with regard to

5    this plea agreement.  I've gone over that with him and

6    explained that to him and he indicated to me with regard to

7    the 15-year minimum mandatory that if that was a minimum

8    mandatory, if the Judge could go below that.  I have

9    discussed that with him and indicated to him that according

10   to the plea agreement the Judge could go below that.  The

11   Judge doesn't have to, but can --

12        THE COURT:  Where does it say in the plea

13   agreement the Court could go below that 15-year minimum

14   mandatory?

15        MR. TAYLOR:  Judge, I thought with regard to the

16   minimum mandatory that it would basically be up to the Judge

17   and it would be judicial discretion on the 15-year mandatory

18   minimum.

19        THE COURT:  Well, just a minute here.  The minimum

20   mandatory is stated in the statute.

21        MR. TAYLOR:  Right.

22        THE COURT:  Currently, as I understand it,

23   although there's been some debate in Congress about this, I

24   mean, a minimum mandatory means what it means.  Now, a 5K1,

25   if he provides substantial assistance, would be a

1   possibility.

2           MR. TAYLOR:  Right.

3           THE COURT:  Is that your understanding,

4   Ms. Harris?

5           MS. HARRIS:  That is correct, Your Honor.

6           THE COURT:  That would be --

7           MS. HARRIS:  That would --

8           THE COURT:  That would be the only thing

9   that would --

10          MS. HARRIS:  Right.

11          THE COURT:  -- allow the Judge to depart.

12  Congress sets penalties.

13          MR. TAYLOR:  Oh, no, I understand, Judge.  And

14  that's why I want to make sure that he understands and

15  that's what he had a question on with regard to it.  In

16  other words, the 5K1 would be the only way the Judge could

17  go below the 15-year minimum mandatory, but his question was

18  can the Judge go below the 15-year minimum mandatory if she

19  accepts the 5K1 if the state presents that motion to the

20  Court.  And if the -- if the U.S. Attorney's Office does

21  present that to the Court and the Judge accepts it, the

22  Judge can go below the 15-year minimum mandatory based on

23  that.  That's what I've explained to him and that's what his

24  question was.  I just wanted to let the Court know what his

25  sidebar question was.

```
 1              THE COURT:  Okay.  Sure.  And, you know, I don't
 2    really need to know the confidential things, but I
 3    appreciate your giving me a heads-up.  This happened after I
 4    asked him about no right to parole and so that's why I was
 5    thinking it might have to do with parole.
 6              MR. TAYLOR:  Oh, no, ma'am.  I explained that to
 7    him, that --
 8              THE COURT:  Okay.  But here's the thing, and this
 9    is how the waiver of your right to appeal may come in,
10    because remember, you've only got three things you can
11    appeal.  So if you think the Judge should depart below the
12    minimum mandatory and the Judge doesn't do that, either
13    denies the motion for substantial assistance or doesn't give
14    you appropriate -- you know, the appropriate levels, that
15    could well be an issue that is non-appealable.
16              In fact, I don't know whether it's -- you have any
17    thoughts on that, Ms. Harris.
18              And remember, I can't -- the plea agreement, the
19    Court can't change it for you, can't do anything but make
20    sure that you understand the consequences of a guilty plea
21    and the rights you're giving up, but -- you know, the
22    substantial assistance provision is there, but remember, it
23    says you can't appeal the government's decision if it
24    doesn't file it.
25              Now, with the waiver of appeal that you've also
```

1    got in it --

2            Ms. Harris, what's your understanding of how that

3    might play out potentially?

4            MS. HARRIS:  You are correct, Your Honor, the 5K

5    waiver is at the discretion of the United States and if the

6    United States chose not to file that or if it was filed and

7    the Court did not accept it, that would not be a grounds on

8    which the defendant could later appeal.

9            MR. TAYLOR:  Correct, Judge, and he understands

10   that.  And again, the --

11           THE COURT:  Okay.

12           MR. TAYLOR:  The only issue I wanted to present

13   and the question that he had with regard to it was can the

14   Judge go below the 15-year minimum mandatory as opposed to,

15   well, in other words, saying, well, Mr. Dorman, I can't

16   sentence you below the 15-year minimum mandatory.  Because

17   I've gone over that 5K with him that the Judge could do

18   that.  She may not and I've explained to him that she could

19   give him up to 30 years in prison and that would be a lawful

20   sentence and he couldn't appeal that.  However, the Judge,

21   based on if the United States does file that motion and the

22   Court accepts it, the Judge could go below the 15-year

23   minimum mandatory, not that the Court will.

24           THE COURT:  Okay.

25           Did you hear what your attorney said, Mr. Dorman?

1          THE DEFENDANT:  Yes, ma'am.

2          THE COURT:  Has he accurately reflected your

3    understanding of this issue?

4          THE DEFENDANT:  Yeah, this -- what he brought --

5    how can I word it?  As far as the parole thing, is what my

6    issue was.  But he worded it in a different -- I guess a

7    different way.

8          THE COURT:  Okay.  Now, here's what parole is:

9    Parole is something that used to exist in federal cases --

10         THE DEFENDANT:  That's what he -- excuse me.

11   That's what he was explaining to me.

12         THE COURT:  That's early release.

13         THE DEFENDANT:  Yes, sir.

14         THE COURT:  That would be, okay, you serve a third

15   or --

16         THE DEFENDANT:  Yes.

17         THE COURT:  -- half of your sentence or maybe

18   three-quarters and, gee, the jails are overcrowded.  And

19   that's kind of an administrative procedure.  That doesn't

20   exist anymore.

21         THE DEFENDANT:  Right.

22         THE COURT:  You have supervised release.  And you

23   could be on supervised release up to your life after your

24   release from prison if that happens.  So in a way,

25   supervised release takes the place of parole, but with

1  parole you don't get out -- with supervised release you

2  don't get out early.  So if you're sentenced to prison,

3  you're going to spend just about every day except for maybe

4  I guess a little bit of good-time credit in prison.

5          So you may have been thinking that parole was the

6  same as minimum mandatory, but minimum mandatory is what

7  Congress says.  That's in the law.  And unless there is a

8  substantial assistance possibility, you're looking at 15 to

9  30.

10          THE DEFENDANT:  Yes, ma'am.

11          THE COURT:  You understand that?

12          THE DEFENDANT:  Yes, ma'am.

13          THE COURT:  Do you have any questions?

14          THE DEFENDANT:  No, ma'am.

15          THE COURT:  Knowing all this, do you still want to

16  go forward with the guilty plea?

17          THE DEFENDANT:  Yes, ma'am.

18          THE COURT:  Okay.  Now, even though your appeal

19  rights are limited, the government has the right to appeal

20  your sentence if it believes the Court made a mistake.

21          Do you understand that?

22          THE DEFENDANT:  Yes, ma'am.

23          THE COURT:  If you plead guilty you'll be giving

24  up a number of rights that you have as someone accused of a

25  crime, including the right to plead not guilty, the right to

1   persist in that plea;

2          At trial the government would have to prove you

3   guilty beyond a reasonable doubt, which is the high burden,

4   and a jury consisting of citizens in the community would

5   have to make that finding;

6          You would have the right to be represented by your

7   attorney throughout trial, the right to see and hear the

8   witnesses against you and have them cross-examined;

9          You could testify if you wanted to, you could

10  present evidence and call witnesses, but no one could

11  require you to present a defense if you chose not to.  Your

12  silence could not be used against you, because you would be

13  presumed innocent.

14         Do you understand that?

15         THE DEFENDANT:  Yes, ma'am.

16         THE COURT:  In addition to those rights that will

17  be lost if you plead guilty, if you have any defense to the

18  charge or any objection as to how the evidence against you

19  was obtained, by pleading guilty you're giving up your right

20  to make these defenses and objections.

21         Do you understand that?

22         THE DEFENDANT:  Yes, ma'am.

23         THE COURT:  To prove this crime, both for purposes

24  of the guilty plea and at trial, there are certain essential

25  elements.  For Count One, the prosecution would have to

1  show:

2        First, an actual minor, that is a real person who

3  is less than 18 years old, was depicted;

4        That you employed, used, persuaded, induced,

5  enticed, or coerced the minor to take part in sexually

6  explicit conduct for the purpose of providing a visual

7  depiction of such conduct or you had the minor assist any

8  other person to engage in sexually explicit conduct for the

9  purpose of producing a visual depiction of the conduct --

10        Well, this is saying "and/or," so it's really or,

11  correct?  The second element may be proved in one of these

12  three ways?

13        MS. HARRIS:  That is correct, Your Honor.

14        THE COURT:  Okay.

15        -- (continuing) or you transported the minor in

16  interstate commerce in any territory or possession of the

17  United States with the intent that such minor engage in

18  sexually explicit conduct -- I guess that means for the

19  purpose of producing a visual depiction of the conduct.

20        Do you understand that?

21        THE DEFENDANT:  Excuse me?

22        Do what, now?

23        MR. TAYLOR:  I'm sorry, we just went back to the

24  following page, Judge.

25        THE COURT:  That's fine.

1    MR. TAYLOR:  We switched up to page two, which

2  is --

3    THE COURT:  Okay.  Do you understand the second

4  element, sir?

5    THE DEFENDANT:  Yes, ma'am.

6    THE COURT:  And, third, the prosecution has to

7  show either that you knew or had reason to know that the

8  visual depiction would be mailed or transported in

9  interstate or foreign commerce, that the visual depiction

10 was produced using materials that had been mailed, shipped,

11 or transported in interstate or foreign commerce by any

12 means, including by computer, or the visual depiction was

13 mailed or actually transported in interstate or foreign

14 commerce.

15    Do you understand that?

16    THE DEFENDANT:  Yes, ma'am.

17    THE COURT:  Okay.  I'm going to ask the prosecutor

18 to tell me the facts, then I'm going to ask you about those

19 facts, so please listen carefully.

20    MS. HARRIS:  If this case were to go to trial, the

21 United States could prove the following facts and others

22 beyond a reasonable doubt:

23    Following an anonymous type from the Homeland

24 Security Investigation's tip line, law enforcement

25 determined that from approximately December 2012 until April

1    2013, Lawrence H. Dorman, also known as Howie, engaged in a

2    sexual relationship with a 16-year-old minor female.

3    Throughout the course of that relationship the defendant

4    produced videos of himself engaged in sexual acts with the

5    minor and distributed the videos by showing them to others.

6            On April 3rd, 2013, agents from the Department of

7    Homeland Security, Homeland Security Investigations-Tampa,

8    Lakeland Police Department, and the Polk County Sheriff's

9    Office conducted a search warrant at the residence of

10   Lawrence H. Dorman, which is located at 3127 Gardner Road,

11   Lakeland, Florida.  During the search of the residence law

12   enforcement previewed and seized several electronic media

13   items.

14           During the preview examination, a video file

15   titled CAM00010.3gp was found on Dorman's desktop computer.

16   The video depicts Dorman engaged in oral sexual contact with

17   a female who has been identified as the minor victim in this

18   case.  The file was found on the computer at the following

19   path:  C/user/owner/pictures/bills.  The file created date

20   and time is listed as January 14th, 2013, at 10:47 p.m.

21           At the time of the search warrant, law enforcement

22   interviewed Lawrence H. Dorman, also known as Howie.  Dorman

23   signed a waiver of rights form and advised that he wanted to

24   waive his rights and speak to law enforcement without an

25   attorney present.  Dorman provided the following

1    information:

2          Dorman stated that a lot of women came over to his

3    house frequently to have a good time.  He indicated that

4    some come over for a fuck and others were over to do

5    whatever they do in the bathroom.  When asked if they were

6    doing illegal narcotics in the bathroom, Dorman stated, yes,

7    they probably were, but that is on them.  When asked if he

8    formed sexual encounters he had with the women, Dorman

9    stated yes.

10          Law enforcement produced a photograph of the minor

11   victim, R.K.  Dorman stated that she comes over and cleans

12   his kitchen and hangs out.  When asked if he had sex with

13   R.K., Dorman confirmed that he did.

14          Dorman also advised that he produced sexual videos

15   with R.K.  He knew for sure that there was a sexual video of

16   R.K. on her cell phone, but she deleted it.  Dorman was not

17   sure how many videos he made with her or if he had any on

18   his computer or cell phone.

19          Dorman was shown a video file titled CAM00010.3gp,

20   which was seized off his desktop computer.  Dorman

21   positively identified himself and the female in the video

22   engaged in a sexual act as the minor victim, R.K.  Dorman

23   stated that the video was recorded at his residence.

24          On April --

25          THE COURT:  Excuse me just a minute.

1          I need to make sure you're listening to every word

2     of what she's saying.

3          THE DEFENDANT:  Okay.  I'm sorry, Your Honor.

4          THE COURT:  You can talk with your attorney if you

5     want to, I'll just ask the prosecutor to stop.  So go ahead

6     and have your conversation, but I need to make sure you're

7     listening to this.

8          (Defendant confers with his counsel.)

9          THE DEFENDANT:  Yes, ma'am.

10         MR. TAYLOR:  Yes, ma'am.

11         THE DEFENDANT:  Sorry.

12         THE COURT:  Have you heard everything so far?

13    Mr. Dorman, have you heard everything so far --

14         THE DEFENDANT:  Yes, ma'am.

15         THE COURT:  -- that she's said?

16         Okay.  Go ahead.

17         MS. HARRIS:  Okay.

18         On April 3rd, 2013, law enforcement agents

19    interviewed minor victim, R.K.  During the interview, R.K.

20    relayed the following information:

21         R.K. advised that she was 16 years old.  When

22    asked if she was engaged in a sexual relationship with an

23    adult male, R.K. advised that she was not.  She stated that

24    she had never been filmed having sex with an adult male and

25    refused to acknowledge knowing Dorman or going to his home.

R.K. indicated that she did not want to say anything that
would put someone in jail and stated that she would not say
anything unless the agents had a video with her face in it.

Agents subsequently provided R.K. with a video
file titled CAM00010.3gp that was seized from Dorman's
residence.  R.K. previewed the file and positively
identified herself and the male in the video engaged in a
sexual act as Dorman.  R.K. stated that the video was
recorded at Dorman's residence.

R.K. advised that she met Dorman in or about
December 2012 or in or about January 2013 and that she
informed Dorman that she was 16 years old.  R.K. advised
that her mother, father, and associate, Charles Lambert,
also informed Dorman that she was 16 years old.  R.K. would
frequently tell Dorman, 16 will get you 20.  When asked what
that meant, R.K. stated that she was 16 years old and since
he was having sex with her, it could put him in jail for 20
years.  R.K. stated that Dorman understood the statement and
laughed at it.

R.K. stated that the first time she had sex with
Dorman he picked her up from her father's house.  Dorman was
driving a big blue truck.  They went to his house and they
had full-penetration sex.  Dorman always offered her drugs
and tried to buy her things, but she did not want to take
them because she did not want to owe Dorman anything.

1    R.K. advised that she sometimes received

2  methamphetamine and marijuana from Dorman at his residence.

3  R.K. states that she visited Dorman's house around 20 to 40

4  times.  Most of the times Dorman picked her up in his truck

5  from whatever location she was at and drove her to his

6  house.  R.K. said that she did not have sex with him every

7  time she went to his house.  R.K. informed agents that the

8  last time she had sex with Dorman was approximately two

9  weeks prior.

10    A forensic examination was conducted on the media

11  seized from Dorman's residence.  A review of Dorman's

12  desktop computer revealed approximately eight child

13  pornographic videos of the minor victim and Dorman.  All of

14  the child pornographic videos were located in the following

15  file path:  C/user/owner/pictures/bills.  The videos were

16  created on the desktop computer between January 14, 2013,

17  and March 8th, 2013.

18    Although there were no video files located on

19  either Dorman or R.K.'s cellular telephones, the videos

20  located on Dorman's computer were 3gp and mp4 videos.  3gp

21  and mp4 videos are known to be cellular telephone video file

22  types.  Dorman possessed a Samsung/Metro PCS cellular

23  telephone and a Compaq Presario tower that was manufactured

24  in China.  R.K. possessed a Huawei/Metro PCS cellular

25  telephone that was also manufactured in China.

1           THE COURT:  Thank you.

2           Did you hear the facts stated by the prosecutor?

3           THE DEFENDANT:  Yes, ma'am.

4           THE COURT:  Do you have any disagreement with

5    those facts?

6           THE DEFENDANT:  No, ma'am.

7           THE COURT:  Are those true?

8           THE DEFENDANT:  Yes, ma'am.

9           THE COURT:  And are the facts that are stated in

10   the plea agreement also true?

11          (Defendant confers with his counsel.)

12          MR. TAYLOR:  Judge, I've talked to Mr. Dorman and

13   he said he disagrees with the amount of time that she had

14   been over there.

15          THE COURT:  Get on your feet.

16          MR. TAYLOR:  I'm sorry, Your Honor, I apologize.

17   I've talked with Mr. Dorman and he indicated that the amount

18   of times that he had been over -- that R.K. had been over to

19   his residence was not at 20 times, it was at approximately

20   six times.  That was what he indicated to me.

21          THE COURT:  All right.  Is there any other

22   disagreement that you have with the facts?

23          THE DEFENDANT:  Also her age being 16 years old.

24   The day I met her I was asked in front of people, she said

25   she was 18 years old.  And I picked her up at her mother's

1 house, at her apartment, I did not go to her father's.

2         THE COURT:  Are you saying that you thought that

3 she was an adult, not a minor?

4         THE DEFENDANT:  I was told she was an adult, yes,

5 ma'am.

6         THE COURT:  Well, Ms. Harris, do we have a factual

7 basis?

8         MS. HARRIS:  Your Honor, the factual bases are the

9 facts that the United States can prove --

10         THE COURT:  In other words, you would rely on what

11 R.K. said despite what he's saying here?

12         MS. HARRIS:  Well, we have evidence of what our

13 case said, as well as several other witnesses, as well as

14 phone calls and statements that we have from other

15 witnesses.

16         Additionally, mistake of age is not a defense to

17 this offense, so it doesn't matter what age Mr. Dorman

18 believed.  It's not an element of the offense that we have

19 to prove that he knew her age, but we are confident that we

20 can prove that he in fact knew her age.

21         THE COURT:  Okay.

22         MR. TAYLOR:  And, Judge, I've talked with

23 Mr. Dorman about that and in the case law research and I've

24 spoken with him, that they do not have to know in fact that

25 she was underage.  And I've talked with him that -- he

1   indicated to me that she was -- first introduced that she

2   was of age, that she was 18 years old. However,

3   subsequently he did find out that she was not of age. That

4   was the information that he's provided to me.

5          I've gone over the fact that --

6          THE COURT: Well, did you find out that she was

7   not of age when you were doing this filming?

8          MR. TAYLOR: Judge, at the time that he -- you

9   want to ask him or --

10         THE COURT: When did he find out according to your

11   knowledge, Mr. Taylor, that she was not of age?

12         THE DEFENDANT: At the end -- at the end of the

13   four months that I knew this girl. Roughly at the end of

14   the four months I knew this girl.

15         THE COURT: I don't understand what you're saying.

16   Tell me again what you're saying.

17         THE DEFENDANT: Roughly three months after I knew

18   the girl.

19         THE COURT: All right. Is everything else true?

20         THE DEFENDANT: Yes, ma'am.

21         THE COURT: At this point, do you have any

22   questions about the consequences of your guilty plea or the

23   rights you're giving up?

24         THE DEFENDANT: No, ma'am.

25         THE COURT: How do you wish to plead to Count One,

1  production of child pornography, guilty or not guilty?

2          THE DEFENDANT:  Guilty.

3          THE COURT:  Is that because you are guilty of this

4  crime?

5          THE DEFENDANT:  Yes.

6          THE COURT:  Very well, I find that you're

7  competent, that your plea is knowing, intelligent, and

8  voluntary and supported by an independent basis in fact as

9  to the essential elements.  So I will recommend in writing

10 today that your guilty plea accepted.

11         You have 14 days to make any objection.  If you do

12 not object, you could be limited in your right to later

13 complain the Court should not have accepted your guilty

14 plea.

15         Any questions about that?

16         THE DEFENDANT:  No, ma'am.

17         THE COURT:  Sentencing will be set before the

18 Judge at a later date if the guilty plea is accepted.

19         And unless there's anything further, we'll be in

20 recess.  Thank you.

21         MR. TAYLOR:  Thank you, Your Honor.

22         (Proceedings concluded.)

23

24

25

1      **C E R T I F I C A T E**

2          I, Howard W. Jones, certify that the foregoing is
a correct transcript from the record of proceedings
3    in the above-entitled matter.

4

5                                    /s **Howard W. Jones**
                                     _____
6                                    Howard W. Jones, RPR
                                     Official Court Reporter
7                                    United States District Court
                                     Middle District of Florida
8                                    Tampa Division

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

$100 [1]  18/19
$250,000 [1]  18/18

## /

/s [1]  39/5

## 1

100 [1]  1/18
10:14 [1]  1/6
10:47 [1]  30/20
10:52 [1]  1/6
11 [1]  14/20
110WWR [1]  14/18
12 [1]  14/20 15/3
1234 [1]  1/19
13 [2]  15/3 15/6
14 [3]  15/6 34/16 38/11
14th [2]  10/1 30/20
15 [3]  18/14 21/1 26/8
15-year [9]  21/7 21/13 21/17 22/17
22/18 22/22 24/14 24/16 24/22
15A [1]  1/20
16 [6]  32/21 33/12 33/14 33/15 33/16
35/23
16-year-old [1]  30/2
18 [7]  10/11 15/19 16/18 16/20 28/3
35/25 37/2

## 2

20 [4]  33/15 33/17 34/3 35/19
2012 [2]  29/25 33/11
2013 [9]  1/5 10/1 30/1 30/6 30/20 32/18
33/11 34/16 34/17
2251 [1]  10/12
24 [2]  7/11 7/16
24EAJ [1]  1/5

## 3

30 [4]  18/14 21/1 24/19 26/9
31 [1]  1/11
3127 [2]  14/16 30/10
3200 [1]  1/15
33602 [3]  1/16 1/18 1/21
3742 [2]  16/18 16/21
3gp [2]  34/20 34/20
3rd [2]  30/6 32/18

## 4

40 [1]  34/3
400 [1]  1/15

## 5

5024 [1]  1/21
5K [2]  24/4 24/17
5K1 [3]  21/24 22/16 22/19

## 6

6346 [1]  1/16

## 8

801 [1]  1/20
813/229-1234 [1]  1/19
813/274-6346 [1]  1/16
813/301-5024 [1]  1/21
890 [1]  1/18
8:13-CR-370-T-24EAJ [1]  1/5
8th [1]  34/17

## A

a.m [1]  1/6
a/k/a [1]  3/21
abandon [1]  15/2

able [6]  4/11 8/12 8/14 8/15 8/17 8/17
abolished [1]  20/18
about [20]  3/4 10/1 11/22 13/1 13/6 14/2
14/4 14/25 15/4 20/2 20/7 21/23 23/4
26/3 29/18 33/10 33/11 36/23 37/22
38/15
above [1]  39/3
above-entitled [1]  39/3
accept [1]  24/7
acceptance [1]  13/10
accepted [6]  3/11 9/11 17/23 38/10
38/13 38/18
accepts [3]  22/19 22/21 24/22
according [3]  9/22 21/9 37/10
accurately [1]  23/15
accused [1]  26/24
acknowledge [1]  32/25
act [3]  15/7 31/22 33/8
Acted [3]  5/10 5/13 5/15
acts [1]  30/4
actual [1]  28/2
actually [2]  5/11 29/13
addiction [2]  4/18 4/18
addition [1]  27/16
additional [1]  19/2
Additionally [1]  36/16
ADHD [1]  5/24
adjudication [1]  25/19
adjusted [1]  12/24
administrative [1]  25/19
adult [4]  32/23 32/24 36/3 36/4
advantage [1]  13/3
advice [1]  10/23
advised [7]  30/23 31/14 32/21 32/23
33/10 33/12 34/7
advisory [1]  19/22
affecting [1]  10/9
after [6]  11/8 15/20 18/23 23/3 25/23
37/17
again [3]  2/14 24/10 37/16
against [3]  27/8 27/12 27/18
age [9]  35/23 36/16 36/17 36/19 36/20
37/2 37/3 37/7 37/11
agents [5]  30/6 32/18 33/3 33/4 34/7
ago [3]  5/18 5/19 7/4
agree [6]  12/12 13/12 14/14 14/20 14/22
15/2
agreed [2]  12/25 18/13
agreement [20]  9/22 11/2 11/7 11/9
11/17 11/22 11/25 12/2 12/8 14/23
15/23 17/11 17/12 17/16 21/3 21/5
21/10 21/13 23/18 35/10
agrees [2]  13/8 16/2
ahead [2]  32/5 32/16
aided [1]  1/24
alcohol [3]  4/18 4/24 7/13
alert [2]  7/25 8/8
all [11]  2/17 5/16 7/2 7/6 8/2 10/19
17/12 26/15 34/13 35/21 37/19
alleges [2]  9/25 10/11
allow [1]  22/11
also [21]  3/22 11/2 11/7 11/9 13/8 13/12
14/1 14/14 15/2 18/17 19/5 19/6 19/13
23/25 30/1 30/22 31/14 33/14 34/25
35/10 35/23
although [2]  21/23 34/18
always [2]  8/7 33/23
am [1]  9/6
Amendment [1]  16/15
AMERICA [2]  1/3 2/4
amount [3]  12/14 35/13 35/17
and/or [1]  28/10
anonymous [1]  29/23

another [3]  14/8 15/18 18/8
answered [1]  8/1
any [44]
anybody [1]  17/18
anymore [1]  25/20
anyone [1]  9/18
anyone's [1]  17/15
anything [10]  8/7 8/11 9/18 11/23 17/15
23/19 33/1 33/3 33/25 38/19
apartment [1]  36/1
apologize [1]  35/16
appeal [14]  15/20 15/22 15/23 16/5
16/17 16/19 23/9 23/11 23/23 23/25
24/8 24/20 26/18 26/19
appealable [1]  23/15
appearances [1]  1/13 2/6
applicable [2]  16/6 16/10
apply [2]  19/14 20/2
appreciate [1]  23/3
appropriate [6]  12/4 13/9 14/11 19/15
23/14 23/14
approximately [4]  29/25 34/8 34/12
35/19
April [4]  29/25 30/6 31/24 32/18
are [25]  2/3 4/1 4/11 4/21 6/4 6/10 7/6
7/7 8/11 10/22 11/7 19/15 20/18 24/4
25/18 26/19 27/24 34/21 35/7 35/9 35/9
36/2 36/8 36/19 38/3
around [1]  34/3
as [36]  2/23 6/20 9/7 12/13 12/24 13/10
14/2 14/10 15/12 15/22 16/10 16/17
16/20 17/24 17/25 18/8 19/7 21/4 21/22
24/14 25/5 25/5 26/6 26/24 27/18 30/1
30/17 30/20 30/22 31/22 33/8 36/13
36/13 36/13 36/13 38/8
Ashley [1]  1/18
ask [12]  3/5 3/6 3/16 11/1 11/22 12/23
13/3 15/24 29/17 29/18 32/5 37/9
asked [7]  23/4 31/5 31/7 31/12 32/22
33/15 35/24
asking [1]  21/2
assessment [1]  18/19
assets [2]  14/15 14/15
assigned [1]  9/7
assist [4]  8/12 8/15 8/18 28/7
assistance [9]  13/16 13/18 13/22 14/8
14/10 21/25 23/13 23/22 26/8
Assistant [1]  1/15
associate [1]  33/13
attorney [13]  1/15 3/6 10/17 10/20 10/23
11/13 17/1 20/1 20/6 24/25 27/7 30/25
32/4
Attorney's [1]  22/20
audio [1]  1/24
authority [4]  12/3 14/9 16/3 20/12
authorized [2]  16/18 16/20
Avenue [1]  1/20

## B

back [2]  12/18 28/23
background [1]  3/16
Baker [3]  5/10 5/13 5/15
based [4]  8/22 21/3 22/22 24/21
bases [1]  36/8
basically [1]  21/16
basis [4]  14/23 14/23 36/7 38/8
bathroom [2]  31/5 31/6
be [39]  2/12 2/13 2/17 2/24 3/9 8/9 9/10
12/19 13/3 17/23 18/2 18/24 19/1
19/1 19/16 20/18 21/16 21/17 21/25
22/6 22/8 22/16 23/15 24/7 24/19 25/14
25/23 26/23 27/6 27/12 27/12 27/17
28/11 29/8 34/21 38/12 38/17 38/19

## B

because [8] 13/17 20/7 20/24 23/10 24/16 27/12 33/25 38/3
becomes [1] 3/12
been [27] 2/21 4/14 4/17 4/20 5/8 5/10 5/11 5/13 5/14 5/15 5/20 5/21 8/7 8/14 8/15 8/17 10/9 12/14 20/17 21/23 26/5 29/10 30/17 32/24 35/14 35/18 35/18
before [6] 1/11 5/11 5/13 9/20 11/12 38/17
behalf [1] 2/8
being [1] 35/23
believed [1] 36/18
believes [1] 26/20
below [12] 20/13 21/4 21/8 21/10 21/13 22/17 22/18 22/22 23/11 24/14 24/16 24/22
best [1] 10/20
between [1] 34/16
beyond [2] 27/3 29/22
big [1] 33/22
bills [2] 30/19 34/15
bipolar [1] 5/24
bit [1] 26/4
blue [1] 33/22
both [1] 27/23
briefly [1] 15/25
brought [1] 25/4
Bucklew [1] 9/2
burden [1] 27/3
buy [1] 33/24

## C

C/user/owner/pictures/bills [2] 30/19 34/15
calculate [1] 19/21
calculated [1] 12/14
calender [1] 3/10
call [1] 27/10
called [1] 2/2
calls [1] 36/14
CAM00010.3gp [3] 30/15 31/19 33/5
came [1] 31/2
can [17] 2/13 5/16 9/3 9/9 9/11 12/19 15/23 19/5 21/11 22/18 22/22 23/10 24/13 25/5 32/4 36/9 36/20
can't [8] 13/23 14/1 20/7 23/18 23/19 23/19 23/23 24/15
carefully [1] 29/19
case [13] 1/5 2/4 8/16 9/1 9/7 9/9 10/16 10/24 12/5 29/20 30/18 36/13 36/23
cases [2] 9/3 25/9
CD [1] 14/19
cell [2] 31/16 31/18
cellular [4] 34/19 34/21 34/22 34/24
Center [1] 5/7
certain [3] 15/13 20/14 27/24
certify [1] 39/2
challenge [3] 13/23 14/1 14/22
chance [1] 8/4
change [3] 3/13 20/7 23/19
charge [3] 10/13 17/21 27/18
charges [1] 4/21
charging [1] 9/24
Charles [1] 33/13
child [4] 9/24 34/12 34/14 38/1
China [2] 34/24 34/25
chose [2] 24/6 27/11
citizen [2] 18/6 18/7
citizens [1] 27/4
civil [1] 17/24
cleans [1] 31/11

Clerk [1] 2/15
Code [3] 10/12 16/18 16/20
coerce [1] 10/3
coerced [1] 28/5
come [2] 23/9 31/4
comes [1] 31/11
commerce [5] 10/10 28/16 29/9 29/11 29/14
community [1] 27/4
Compaq [1] 34/23
competency [2] 7/23 8/20
competent [4] 3/17 8/7 8/24 38/7
complain [1] 38/13
complete [1] 10/15
completed [1] 4/4
completely [2] 3/4 7/1
complex [1] 19/15
comply [1] 15/15
comprehend [1] 8/17
computer [12] 1/24 10/11 14/18 15/2 29/12 30/15 30/18 31/18 31/20 34/12 34/16 34/20
computer-aided [1] 1/24
concerns [2] 7/23 8/20
concluded [1] 38/22
condition [1] 6/9
conditions [3] 6/5 6/8 7/19
conduct [14] 9/1 9/7 9/9 9/11 9/15 10/5 10/6 10/6 28/6 28/7 28/8 28/9 28/18 28/19
conducted [2] 30/9 34/10
confers [3] 20/21 32/8 35/11
confident [1] 36/19
confidential [1] 23/2
confirmed [1] 31/13
Congress [3] 21/23 22/12 26/7
connection [1] 14/6
consent [2] 9/12 9/15
consequence [1] 19/7
consequences [4] 18/2 18/8 23/20 37/22
consider [2] 13/14 19/13
considers [1] 19/20
consisting [1] 27/4
Constitution [1] 16/15
contact [1] 30/16
contain [1] 17/12
continuing [1] 28/15
control [2] 6/13 6/23
conversation [1] 32/6
cooperate [2] 13/12 13/17
cooperation [1] 13/15
copy [3] 11/9 11/10 11/18
correct [5] 22/5 24/4 24/9 28/11 28/13 39/2
could [24] 2/6 2/24 15/13 17/24 18/2 18/8 21/3 21/8 21/10 21/13 22/16 23/15 24/8 24/17 24/18 24/22 25/23 27/9 27/9 27/10 27/12 29/21 33/17 38/12
couldn't [1] 24/20
counsel [4] 8/23 20/21 32/8 35/11
Count [6] 9/23 9/25 12/10 18/12 27/25 37/25
counter [1] 7/14
country [2] 18/7 18/8
Counts [1] 12/11
County [1] 30/8
course [2] 8/10 30/3
COURT [28] 1/1 1/20 1/24 2/2 5/14 11/9 12/23 13/4 14/9 14/9 14/11 16/2 16/6 16/11 19/5 19/13 21/13 22/20 22/21 22/24 23/19 24/7 24/22 24/23 26/20 38/13 39/6 39/7
courtroom [1] 1/24

## CR
CR [1] 1/5
created [2] 30/19 34/16
credit [2] 13/9 26/4
crime [4] 17/22 26/25 27/23 38/4
criminal [1] 15/14
cross [1] 27/8
cross-examined [1] 27/8
current [1] 15/9
currently [2] 6/5 21/22
custody [2] 4/20 4/22

## D

date [2] 30/19 38/18
day [2] 26/3 35/24
days [1] 38/11
debate [1] 21/23
December [3] 1/5 29/25 33/11
decide [6] 3/8 9/1 9/3 9/8 9/9 10/20
decides [1] 13/21
decision [5] 3/18 8/24 13/23 14/2 23/23
declared [4] 4/14 5/9 5/11 5/14
defendant [12] 1/8 1/17 2/15 10/2 10/7 16/2 16/19 20/21 24/8 30/3 32/8 35/11
defendant's [2] 16/5 16/10
defense [5] 8/15 8/18 27/11 27/17 36/16
defenses [1] 27/20
deleted [1] 31/16
demeanor [2] 8/4 8/23
denies [1] 23/13
deny [1] 14/10
Depakote [3] 6/17 6/19 6/20
depart [4] 20/13 20/14 22/11 23/11
Department [2] 30/6 30/8
departure [1] 12/25
depicted [1] 28/3
depiction [8] 10/6 10/8 28/7 28/9 28/19 29/8 29/9 29/12
depicts [1] 30/16
Depression [2] 6/1 6/3
Deputy [1] 2/15
described [2] 14/18 15/3
desktop [4] 30/15 31/20 34/12 34/16
despite [2] 7/18 36/11
determine [2] 3/17 19/22
determined [2] 16/10 29/25
determines [1] 20/11
determining [2] 16/6 19/14
diagnosis [1] 5/20
did [16] 8/3 10/2 11/13 16/23 24/7 24/25 31/13 33/1 33/24 33/25 34/6 35/2 36/1 37/3 37/6 37/10
different [4] 20/4 20/8 25/6 25/7
difficult [1] 3/12
digital [1] 1/24
Dilantin [2] 6/17 6/18
disagreement [2] 35/4 35/22
disagrees [1] 35/13
discretion [2] 21/17 24/5
discuss [3] 10/16 15/19 15/25
discussed [2] 20/25 21/9
discussions [1] 7/25
dismiss [1] 12/10
distributed [1] 30/5
DISTRICT [10] 1/1 1/1 3/11 9/2 9/3 9/10 9/20 10/2 39/7 39/7
DIVISION [2] 1/2 39/8
do [62]
Document [1] 1/11
documents [1] 11/13
does [8] 6/23 6/25 13/22 14/7 17/11 21/12 22/20 24/21
doesn't [8] 11/25 13/17 21/11 23/12 23/13 23/24 25/19 36/17

## D

doing [3]  8/9 31/6 37/7
don't [13]  2/23 3/5 3/9 5/4 5/11 5/13 7/1
  15/15 23/1 23/16 26/1 26/2 37/15
DORMAN [50]
Dorman's [8]  8/23 30/15 33/5 33/9 34/3
  34/11 34/11 34/20
doubt [2]  27/3 29/22
down [1]  2/14
downwards [1]  20/14
Drive [1]  1/18
driving [1]  33/22
drove [1]  34/5
drug [1]  4/24
drugs [4]  4/18 7/13 7/14 33/23
due [1]  18/20
during [4]  3/8 30/11 30/14 32/19

## E

each [2]  8/9 15/9
early [3]  20/19 25/12 26/2
education [1]  4/3
eight [2]  5/18 34/12
Eighth [2]  4/5 16/15
either [3]  23/12 29/7 34/19
electronic [1]  30/12
element [3]  28/11 29/4 36/18
elements [2]  27/25 38/9
ELIZABETH [1]  1/11
else [2]  20/6 37/19
elsewhere [1]  10/2
employ [1]  10/3
employed [1]  28/4
encounters [1]  31/8
end [3]  37/12 37/12 37/13
ending [1]  14/17
enforcement [6]  29/24 30/12 30/21
  30/24 31/10 32/18
engage [3]  10/4 28/8 28/17
engaged [6]  30/1 30/4 30/16 31/22
  32/22 33/7
English [1]  4/12
enough [1]  13/15
entered [1]  17/23
entice [1]  10/3
enticed [1]  28/5
entitled [1]  39/3
entry [1]  11/2
equipment [2]  14/18 15/3
erred [1]  16/6
ESQ [2]  1/14 1/17
essential [2]  27/24 38/9
evaluate [1]  8/4
even [6]  11/24 12/1 12/2 14/7 15/21
  26/18
ever [5]  4/14 4/17 5/8 5/14 5/20
every [3]  26/3 32/1 34/6
everything [3]  32/12 32/13 37/19
evidence [3]  27/10 27/18 36/12
exactly [1]  8/8
examination [2]  30/14 34/10
examined [1]  27/8
exceed [1]  20/12
exceeds [2]  16/9 16/12
except [2]  16/8 26/3
excuse [4]  7/17 25/10 28/21 31/25
exercises [1]  16/17
exist [2]  25/9 25/20
expect [1]  20/5
explain [1]  3/6
explained [4]  21/6 22/23 23/6 24/18
explaining [1]  25/11

explicit [4]  10/5 28/6 28/8 28/18
expressly [1]  16/4

## F

face [4]  15/14 18/8 18/17 33/3
fact [6]  7/18 23/16 36/20 36/24 37/5
  38/8
facts [9]  8/16 29/18 29/19 29/21 35/2
  35/5 35/9 35/22 36/9
factual [3]  14/22 36/6 36/8
failure [1]  15/14
false [1]  2/25
far [3]  25/5 32/12 32/13
father [1]  33/13
father's [2]  33/21 36/1
federal [1]  15/8 19/14 25/9
feel [2]  7/20 11/22
feeling [2]  7/6 7/7
feet [1]  35/15
felony [2]  9/3 17/22
female [3]  30/2 30/17 31/21
file [15]  11/10 13/22 14/2 14/7 23/24
  24/6 24/21 30/14 30/18 30/19 31/19
  33/5 33/6 34/15 34/21
filed [1]  24/6
files [1]  34/18
filmed [1]  32/24
filming [1]  37/7
finally [2]  9/8 14/6
find [5]  8/23 37/3 37/6 37/10 38/6
finding [1]  27/5
fine [5]  3/9 7/8 7/21 18/17 28/25
firearm [1]  31/8
first [5]  7/6 12/9 28/2 33/20 37/1
five [2]  14/3 18/18
FLORIDA [13]  1/1 1/6 1/16 1/18 1/20
  1/21 4/7 4/8 5/7 10/2 14/17 30/11 39/7
follow [1]  12/1
following [8]  15/9 28/24 29/21 29/23
  30/18 30/25 32/20 34/14
Ford [1]  14/17
foregoing [1]  39/2
foreign [4]  10/10 29/9 29/11 29/13
forensic [1]  34/10
forfeit [3]  14/14 14/24 19/6
forfeiture [1]  14/22
form [1]  30/23
formed [1]  31/8
forth [1]  13/11
Forty [1]  4/2
Forty-two [1]  4/2
forward [1]  26/16
found [2]  30/5 30/18
four [7]  8/6 8/10 12/11 12/23 13/11
  37/13 37/14
free [1]  11/22
frequently [2]  31/3 33/15
front [2]  11/4 35/24
fuck [1]  31/4
full [2]  12/12 33/23
full-penetration [1]  33/23
fully [4]  10/22 11/8 13/12 19/10
further [1]  38/19

## G

Gardner [2]  14/16 30/10
gee [1]  25/18
get [7]  9/19 17/19 20/8 26/1 26/2 33/15
  35/15
getting [1]  7/19
girl [3]  37/13 37/14 37/18
give [4]  9/19 14/20 23/13 24/19
giving [5]  23/3 23/21 26/23 27/19 37/23

go [20]  8/15 8/16 11/13 11/21 11/23
  20/13 21/4 21/8 21/10 21/13 22/17
  22/18 22/22 24/14 24/22 26/16 29/20
  32/5 32/16 36/1
going [10]  8/1 9/23 11/1 11/21 15/24
  15/25 26/3 29/17 29/18 32/25
gone [4]  16/25 21/5 24/17 37/5
good [5]  2/3 2/7 2/9 26/4 31/3
good-time [1]  26/4
got [2]  23/10 24/1
government [5]  1/14 16/16 19/21 26/19
  27/2
government's [2]  14/2 23/23
grade [1]  4/5
grant [1]  14/10
ground [5]  16/5 16/6 16/9 16/12 16/14
grounds [1]  24/7
guess [3]  25/6 26/4 28/18
guideline [3]  12/24 20/12 21/3
guidelines [12]  13/4 13/10 16/7 16/8
  16/10 16/11 19/14 19/16 19/21 20/2
  20/13 20/13
guilt [1]  17/23
guilty [33]  2/4 3/9 3/10 9/1 9/9 9/16 9/23
  11/3 12/2 12/9 15/21 17/13 17/19 17/22
  18/3 18/13 20/7 23/20 26/16 26/23
  26/25 27/3 27/17 27/19 27/24 37/22
  38/1 38/1 38/2 38/3 38/10 38/13 38/18

## H

had [28]  5/1 5/3 5/5 7/3 7/10 7/13 7/24
  10/7 10/9 10/15 10/19 20/24 22/15
  24/13 28/7 29/7 29/10 31/8 31/12 31/17
  32/24 33/3 33/20 33/23 34/8 35/13
  35/18 35/18
half [1]  25/17
hangs [1]  31/12
happened [1]  23/3
happens [1]  15/24
HARRIS [9]  1/14 2/8 8/20 12/15 16/23
  22/4 23/17 24/2 36/6
has [18]  5/10 5/15 5/20 9/18 10/23 12/3
  12/14 12/25 14/9 16/3 17/18 19/13
  20/12 20/17 25/2 26/19 29/6 30/17
have [59]
having [1]  3/3 32/24 33/17
he [41]
he's [10]  5/11 5/13 5/14 8/1 8/7 8/12
  8/14 8/17 36/11 37/4
head [2]  6/11 6/12
heads [1]  23/3
heads-up [1]  23/3
hear [4]  16/23 24/25 27/7 35/2
heard [2]  32/12 32/13
hearing [7]  1/10 3/8 9/1 9/9 9/11 9/16
  9/20
hearings [1]  9/8
hears [1]  14/9
help [1]  6/23
her [19]  31/16 31/17 33/3 33/13 33/17
  33/21 33/21 33/23 33/24 34/4 34/5
  35/23 35/24 35/25 35/25 36/1 36/1
  36/19 36/20
here [6]  2/3 13/4 15/22 18/7 21/9 36/11
here's [2]  23/8 25/8
herself [1]  33/7
high [1]  27/3
him [21]  7/25 8/4 8/5 8/16 20/24 20/25
  21/5 21/6 21/9 21/9 22/23 23/4 23/7
  24/17 24/18 24/19 33/17 34/6 36/24
  36/25 37/9
himself [2]  30/4 31/21
his [22]  8/4 16/19 20/21 21/1 22/17

## H

his... [17]  22/23 22/24 30/24 31/2 31/12 31/18 31/20 31/23 32/8 32/25 33/22 34/2 34/4 34/5 34/7 35/11 35/19
historically [1]  8/13
hold [1]  17/25
holding [1]  17/12
home [1]  32/25
Homeland [3]  29/23 30/7 30/7
Honor [16]  2/7 2/9 7/24 8/5 8/14 8/21 11/5 12/16 20/23 22/5 24/4 28/13 32/3 35/16 36/8 38/21
HONORABLE [1]  1/11
hope [1]  20/5
hours [2]  7/11 7/16
house [7]  31/3 33/21 33/22 34/3 34/6 34/7 36/1
how [12]  4/1 7/6 7/6 7/19 8/3 20/2 23/9 24/2 25/5 27/18 31/17 37/25
Howard [4]  1/20 35/9 35/9 39/6
however [6]  2/13 9/6 12/8 16/16 24/20 37/2
Howie [3]  3/21 30/1 30/22
Huawei [1]  34/24
Huawei/Metro [1]  34/24

## I

I'll [1]  32/5
I'm [14]  5/12 7/8 7/17 7/21 11/1 11/21 15/24 15/25 17/12 28/23 29/17 29/18 32/3 35/16
I've [16]  7/24 8/5 8/6 8/10 8/15 20/24 21/5 22/23 24/17 24/18 35/12 35/17 36/22 36/23 36/25 37/5
identified [4]  10/4 30/17 31/21 33/7
illegal [1]  31/6
illegally [1]  18/7
illness [1]  5/21
immigration [1]  18/8
important [4]  2/24 3/4 11/23 13/15
impose [1]  16/3
imposed [2]  15/20 16/17
impossible [1]  3/12
imprisonment [1]  18/19
include [1]  14/16
including [7]  10/10 14/15 14/19 16/5 20/6 26/25 29/12
incompetent [3]  4/15 5/9 5/14
independent [1]  38/8
indicated [8]  20/24 21/6 21/9 31/3 33/1 35/17 35/20 37/1
indictment [4]  3/22 9/23 10/16 12/10
induce [1]  10/3
induced [1]  28/4
information [7]  8/13 8/22 13/14 15/13 31/1 32/20 37/4
informed [3]  33/12 33/14 34/7
initials [2]  10/4 11/8
innocent [1]  27/13
instances [1]  20/14
intelligent [1]  38/7
intent [1]  28/17
interstate [5]  10/10 28/16 29/9 29/11 29/13
interview [1]  32/19
interviewed [2]  30/22 32/19
introduced [1]  37/1
Investigation's [1]  29/24
Investigations [1]  30/7
Investigations-Tampa [1]  30/7
is [46]
issue [4]  23/15 24/12 25/3 25/6

issues [1]  15/23
it [42]
it's [13]  3/3 5/6 11/23 12/1 12/3 13/15 13/21 14/8 15/19 15/20 23/16 28/10 36/18
items [1]  30/13
its [2]  13/5 16/17

## J

jail [3]  6/21 33/2 33/17
jails [1]  25/18
January [4]  10/1 10/20 30/11 34/16
JENKINS [1]  1/11
Jones [4]  1/20 39/2 39/5 39/6
judge [43]
judicial [2]  9/6 21/17
jurisdiction [1]  16/3
jurisdictions [1]  15/9
jury [2]  18/1 27/4
just [10]  13/17 14/8 20/7 20/23 21/19 22/24 26/3 28/23 31/25 32/5

## K

Kathleen [1]  4/7
keep [1]  15/8
kind [2]  18/1 25/19
kitchen [1]  31/12
knew [8]  10/7 29/7 31/15 36/19 36/20 37/13 37/14 37/17
know [18]  5/10 5/11 5/13 5/13 5/15 5/17 6/16 10/7 19/16 21/4 22/24 23/1 23/2 23/14 23/16 23/21 29/7 36/24
knowing [3]  26/15 32/25 38/7
knowingly [1]  17/7
knowledge [1]  17/17
known [4]  12/13 30/1 30/22 34/21

## L

Lakeland [5]  4/7 4/9 5/7 30/8 30/11
Lambert [1]  33/13
last [5]  4/3 6/2 7/2 8/10 34/8
later [3]  24/8 38/12 38/18
laughed [1]  33/19
law [9]  15/8 26/7 29/24 30/11 30/21 30/24 31/10 32/18 36/23
lawful [1]  24/19
LAWRENCE [8]  1/7 2/5 2/10 2/19 3/19 30/1 30/10 30/22
least [2]  8/6 18/18
led [1]  17/13
legally [1]  18/7
less [1]  28/3
let [1]  22/24
level [1]  4/3
levels [1]  23/14
license [1]  14/17
life [2]  18/19 25/23
like [2]  7/4 9/3
limited [3]  14/15 26/19 38/12
limiting [1]  15/23
limits [1]  15/19
line [1]  29/24
listed [1]  30/20
listen [2]  16/1 29/19
listening [2]  32/1 32/7
little [1]  26/4
located [5]  14/16 30/10 34/14 34/18 34/20
location [2]  15/11 34/5
look [2]  11/1 11/6
looking [1]  26/8
lose [1]  17/24
lost [1]  27/17
lot [1]  31/2

## M

ma'am [89]
made [3]  5/21 26/20 31/17
MAGISTRATE [2]  1/12 9/7
mailed [4]  10/9 29/8 29/10 29/13
main [1]  11/21
major [1]  6/12
make [13]  3/17 8/24 12/12 17/7 17/9 19/5 22/14 23/19 27/5 27/20 32/1 32/6 38/11
male [3]  32/23 32/24 33/7
mandatory [18]  18/13 21/1 21/7 21/8 21/14 21/16 21/17 21/20 21/24 22/17 22/18 22/23 23/12 24/14 24/16 24/23 26/6 26/6
manner [2]  8/2 19/22
manufactured [2]  34/23 34/25
many [2]  8/3 31/17
March [1]  34/17
marijuana [1]  34/2
Marshal's [1]  4/21
materials [2]  10/8 29/10
matter [3]  2/24 36/17 39/3
matters [1]  9/8
maximum [5]  12/4 16/4 16/13 18/14 20/25
may [10]  2/12 2/13 12/2 13/2 13/16 16/19 20/2 23/9 24/18 26/5 28/11
maybe [2]  25/17 26/3
me [19]  2/18 3/5 5/16 7/17 9/15 11/7 11/22 20/24 21/6 23/3 25/10 25/11 28/21 29/18 31/25 35/20 37/1 37/4 37/16
mean [2]  13/17 21/24
means [6]  10/10 12/18 21/24 21/24 28/18 29/12
meant [1]  33/16
media [2]  30/12 34/10
medication [3]  7/9 7/10 7/19
medicine [3]  6/4 6/13 6/16
mental [6]  5/3 5/5 5/21 6/5 7/5 7/19
mentally [4]  4/14 5/9 7/20 17/19
met [2]  33/10 35/24
methamphetamine [1]  34/2
Metro [2]  34/22 34/24
MIDDLE [3]  1/1 10/1 39/7
might [3]  14/21 23/5 24/3
mind [2]  3/13 20/7
minimum [18]  18/13 21/1 21/7 21/7 21/13 21/16 21/8 21/19 21/24 22/17 22/18 22/22 23/12 24/14 24/16 24/23 26/6 26/6
minor [14]  10/3 28/2 28/5 28/7 28/15 28/17 30/2 30/5 30/17 31/10 31/22 32/19 34/13 36/3
minute [2]  21/19 31/25
mistake [2]  26/20 36/16
money [2]  12/18
month [1]  7/4
months [4]  8/10 37/13 37/14 37/17
more [1]  20/22
morning [4]  2/3 2/7 2/9 7/25
most [2]  5/17 34/4
mother [1]  33/13
mother's [1]  35/25
motion [7]  13/22 14/2 14/7 14/10 22/19 23/13 24/21
mp4 [2]  34/20 34/21
Mr [10]  2/12 8/19 8/24 11/24 20/5 24/15 35/12 35/17 36/17 37/11
Mr. [7]  5/17 7/23 8/23 17/11 24/25 32/13 36/23

## M

Mr. Dorman [4]  17/11 24/25 32/13 36/23
Mr. Dorman's [1]  8/23
Mr. Taylor [2]  5/17 7/23
Ms [5]  8/20 12/15 16/23 24/2 36/6
Ms. [2]  22/4 23/17
Ms. Harris [2]  22/4 23/17
multiple [1]  5/15
must [1]  15/8
my [2]  8/2 25/5

## N

name [3]  2/18 3/19 3/22
names [1]  3/24
narcotics [1]  31/6
need [8]  3/16 8/13 10/19 15/18 20/22
23/2 32/1 32/6
neither [2]  5/1 5/2
never [3]  8/6 8/10 32/24
nine [2]  14/16 14/18
no [32]  1/5 1/11 3/25 4/16 6/6 7/1 7/12
7/15 7/17 7/24 8/21 9/21 12/16 13/2
13/7 14/5 15/1 15/5 17/6 17/17 17/20
19/15 20/23 22/13 23/4 23/6 26/14
27/10 34/18 35/6 37/24 38/16
non [1]  23/15
non-appealable [1]  23/15
not [41]
notice [4]  11/2 11/6 12/23 13/5
noticed [2]  8/7 8/10
Notification [1]  15/7
notify [1]  15/6
now [9]  4/20 5/8 7/5 7/20 21/24 23/25
25/8 26/18 28/22
number [3]  14/14 14/21 26/24

## O

object [1]  38/12
objection [2]  27/18 38/11
objections [2]  19/20 27/20
obtained [1]  27/19
occasions [4]  5/15 8/3 8/6 8/9
off [1]  31/20
Offender [1]  15/7
offense [2]  36/17 36/18
offered [1]  33/23
office [3]  17/25 22/20 30/9
officer [1]  9/6
Official [2]  1/24 39/6
Oh [3]  5/3 22/13 23/6
okay [32]  3/6 4/11 4/20 4/24 5/8 5/20
5/23 5/25 6/4 6/20 7/5 7/18 7/22 8/12
11/6 11/12 11/17 12/17 23/1 23/8 24/11
24/24 25/8 25/14 28/14 28/14 29/3
29/17 32/3 32/16 32/17 36/21
old [10]  4/1 28/3 30/2 32/21 33/12 33/14
33/16 35/23 35/25 37/2
Once [2]  19/19 20/11
one [11]  5/17 6/18 9/23 9/25 12/10
18/12 19/15 27/10 27/25 28/11 37/25
only [7]  9/2 9/11 15/23 22/8 22/16 23/10
24/12
opportunity [1]  10/15
oppose [1]  13/9
opposed [2]  21/4 24/14
oral [1]  30/16
order [3]  2/2 19/5 19/6
Ordinarily [1]  15/21
original [2]  11/10 11/18
other [15]  3/24 4/21 6/18 7/9 7/10 7/14
8/3 8/6 22/16 24/15 28/8 35/21 36/10
36/13 36/14
others [3]  29/21 30/5 31/4

otherwise [1]  14/21
our [1]  36/12
out [7]  24/3 26/1 26/2 31/12 37/3 37/6
37/10
outside [1]  13/4
over [19]  7/14 8/9 8/15 8/16 11/13 11/21
11/23 13/15 16/25 21/5 24/17 31/2 31/4
31/4 31/11 35/14 35/18 35/18 37/5
over-the-counter [1]  7/14
overcrowded [1]  25/18
owe [1]  33/25
owner [2]  30/19 34/15

## P

p.m [1]  30/20
page [11]  12/22 13/11 14/3 14/15 14/18
14/20 15/3 15/16 15/19 28/24 29/1
paragraph [1]  14/19
paragraph c [1]  14/19
parole [10]  20/17 20/19 23/4 23/5 25/5
25/8 25/9 25/25 26/1 26/5
part [4]  12/19 15/12 15/22 28/5
parts [1]  11/21
past [2]  7/10 7/14
path [2]  30/19 34/15
pay [1]  12/18
PCS [2]  34/22 34/24
Peace [1]  5/6
penalties [2]  19/11 22/12
penalty [2]  16/13 18/12
penetration [1]  33/23
people [1]  35/24
period [1]  19/2
perjury [1]  2/24
persist [1]  27/1
person [2]  28/2 28/8
persuade [1]  10/3
persuaded [1]  28/4
phone [3]  31/16 31/18 36/14
photograph [1]  31/10
physical [1]  6/7
physically [2]  7/7 17/19
physician [1]  6/21
picked [2]  33/21 34/4 35/25
pictures [2]  30/19 34/15
place [1]  25/25
Plaintiff [1]  1/4
plate [1]  14/17
play [1]  24/3
plea [39]  1/10 2/4 3/11 9/1 9/9 9/16 9/22
11/2 11/12 11/7 11/9 11/17 11/21 11/24
12/1 12/8 12/9 14/23 15/22 17/11 17/12
17/16 17/22 18/3 21/3 21/5 21/10 21/12
23/18 23/20 26/16 27/1 27/24 35/10
37/22 38/7 38/10 38/14 38/14 38/18
plead [10]  3/9 3/10 9/23 17/13 17/19
18/13 26/23 26/25 27/17 37/25
pleading [5]  12/2 15/21 17/22 20/7
27/19
please [8]  2/6 2/12 2/17 3/5 11/6 11/22
16/1 29/19
point [3]  3/12 12/15 37/21
police [2]  8/15 30/8
Polk [1]  30/8
pornographic [2]  34/13 34/14
pornography [2]  9/24 38/1
position [1]  13/5
positively [2]  31/21 33/6
possess [1]  18/1
possessed [2]  34/22 34/24
possession [1]  28/16
possibility [2]  22/1 26/8
possible [1]  18/2

potentially [1]  24/3
prediction [1]  20/6
Presario [1]  34/23
prescribed [2]  6/21 7/10
present [5]  22/21 24/12 27/10 27/11
30/25
presentence [1]  19/19
presents [1]  22/19
presumed [1]  27/13
pretrial [1]  9/8
preview [1]  30/14
previewed [2]  30/12 33/6
prior [1]  34/9
prison [9]  18/13 18/14 18/23 19/1 20/18
24/19 25/24 26/2 26/4
probably [1]  31/7
procedure [1]  25/19
proceeding [1]  13/13
proceedings [3]  1/24 38/22 39/2
process [1]  19/24
produced [5]  10/8 29/10 30/4 31/10
31/14
producing [3]  10/5 28/9 28/19
production [2]  9/24 38/1
promised [2]  9/18 17/15
promises [1]  17/13
property [3]  14/16 14/24 19/7
prosecuted [1]  2/24
prosecution [13]  11/25 12/10 12/22
12/25 13/5 13/8 13/13 13/14 13/21 14/7
15/14 27/25 29/6
prosecutor [5]  15/24 16/1 29/17 32/5
35/2
prove [6]  27/2 27/23 29/21 36/9 36/19
36/20
proved [1]  28/11
provide [2]  13/13 15/13
provided [7]  10/23 13/18 14/3 16/16
30/25 33/4 37/4
provides [3]  12/8 14/23 21/25
providing [1]  28/6
provision [5]  14/7 15/18 16/23 18/25
23/22
provisions [1]  15/15
public [1]  17/25
purpose [4]  10/5 28/6 28/9 28/19
purposes [1]  27/23
pursuant [2]  16/7 16/11
put [2]  33/2 33/17
puts [1]  12/23
putting [1]  13/5

## Q

qualify [1]  13/16
quarters [1]  25/18
question [5]  22/15 22/17 22/24 22/25
24/13
questions [11]  3/17 8/2 13/1 13/6 14/4
14/25 15/4 17/5 26/13 37/22 38/15

## R

R.K [28]  10/4 12/13 31/11 31/13 31/15
31/16 31/22 32/19 32/19 32/21 32/23
33/1 33/4 33/6 33/8 33/10 33/12 33/14
33/16 33/18 33/20 34/1 34/3 34/6 34/7
34/24 35/18 36/11
R.K.'s [1]  34/19
range [4]  12/24 16/7 16/10 20/12
read [4]  4/11 15/24 16/23
reads [1]  16/1
real [2]  14/16 28/2
really [2]  23/2 28/10
reason [3]  10/7 20/5 29/7

**R**

reasonable [4]  8/2 19/23 27/3 29/22
receive [1]  13/9
received [1]  34/1
recent [1]  5/17
recess [1]  38/20
recollection [1]  7/3
recommend [2]  9/10 12/25 38/9
recommendation [1]  14/8
recommendations [1]  12/1
record [1]  39/2
recorded [2]  31/23 33/9
recording [1]  1/24
reflected [1]  25/2
refused [1]  32/25
regard [7]  20/25 21/2 21/4 21/6 21/15
22/15 24/13
regarding [1]  11/2
register [2]  15/8 15/14
registration [3]  15/7 15/8 15/12
relationship [3]  30/2 30/3 32/22
relaxes [1]  6/25
relayed [1]  32/20
release [11]  18/18 18/24 18/24 18/25
19/2 25/12 25/22 25/23 25/24 25/25
26/1
released [2]  16/19 20/19
relevant [1]  13/14
rely [1]  36/10
remember [2]  23/10 23/18 23/22
report [1]  19/20
Reporter [3]  1/20 1/24 39/6
reports [1]  8/16
representation [1]  10/23
represented [1]  27/6
representing [1]  2/10
request [1]  13/9
require [1]  27/11
research [1]  36/23
reside [1]  15/10
residence [8]  30/9 30/11 31/23 33/6
33/9 34/2 34/11 35/19
responses [1]  8/23
responsibility [1]  13/10
restitution [3]  12/12 12/18 19/6
result [3]  17/24 18/9 19/1
return [1]  12/9
returned [1]  3/10
returning [1]  19/1
revealed [1]  34/12
review [3]  10/16 11/8 34/11
reviews [1]  19/19
right [29]  2/17 5/16 7/2 7/20 8/25 9/19
15/20 15/22 16/4 16/17 17/25 17/25
18/1 18/1 21/21 22/2 22/10 23/4 23/9
25/21 26/19 26/25 26/25 27/6 27/7
27/19 35/21 37/19 38/12
rights [9]  14/21 17/24 23/21 26/19 26/24
27/16 30/23 30/24 37/23
River [1]  5/6
Road [2]  14/17 30/10
Roughly [3]  5/18 37/13 37/17
RPR [2]  1/20 39/6

**S**

said [7]  24/25 32/15 34/6 35/13 35/24
36/11 36/13
same [1]  26/6
Samsung [1]  34/22
Samsung/Metro [1]  34/22
satisfied [1]  10/22
say [4]  3/5 21/12 33/1 33/2

saying [7]  24/15 28/10 32/2 36/2 36/11
37/15 37/16
says [2]  23/23 26/7
school [1]  15/11
search [3]  30/9 30/11 30/21
seated [2]  2/12 2/17
second [2]  28/11 29/3
Section [3]  10/12 16/18 16/21
Section 3742 [1]  16/21
Security [3]  29/24 30/7 30/7
see [2]  5/3 27/7
seems [1]  7/25
sees [1]  14/11
seized [4]  30/12 31/20 33/5 34/11
seizure [2]  7/3 7/9
seizures [3]  6/11 6/14 6/24
sentence [21]  12/4 12/4 12/19 12/24
13/4 15/20 16/3 16/5 16/9 16/12 16/14
16/17 16/20 19/15 19/23 20/4 20/8
24/16 24/20 25/17 26/20
sentenced [3]  18/23 20/18 26/2
sentencing [7]  16/7 16/11 18/20 19/14
19/16 21/2 38/17
serious [1]  4/18
serve [2]  18/1 25/14
set [2]  13/10 38/17
sets [1]  22/12
seven [1]  5/18
several [2]  30/12 36/13
sex [8]  15/7 31/12 32/24 33/17 33/20
33/23 34/6 34/8
sexual [9]  30/2 30/4 30/16 31/8 31/14
31/15 31/22 32/22 33/8
sexually [4]  10/4 28/5 28/8 28/18
she [38]  22/18 24/18 24/18 31/11 31/16
32/21 32/22 32/23 32/23 32/24 33/1
33/2 33/10 33/11 33/12 33/14 33/16
33/20 33/24 33/25 34/1 34/3 34/5 34/6
34/7 34/8 35/13 35/24 35/25 36/3 36/4
36/25 37/1 37/1 37/2 37/3 37/6 37/11
she's [2]  32/2 32/15
Sheriff's [1]  30/8
shipped [2]  10/9 29/10
should [3]  9/10 23/11 38/13
show [2]  28/1 29/7
showing [1]  30/5
shown [1]  31/19
sidebar [1]  22/25
signatures [1]  11/8
signed [2]  11/12 30/23
significantly [1]  15/19
silence [1]  27/12
since [1]  33/16
sir [5]  2/20 11/7 19/3 25/13 29/4
sit [1]  2/14
six [2]  14/3 35/20
so [18]  2/13 5/3 8/10 8/12 15/24 15/25
23/4 23/11 25/24 26/2 26/5 28/10 29/19
32/5 32/12 32/13 36/17 38/9
some [5]  3/16 5/3 5/5 21/23 31/4
someone [4]  18/7 20/6 26/24 33/2
something [2]  3/5 25/9
sometimes [1]  34/1
sorry [6]  5/12 7/17 28/23 32/3 32/11
35/16
South [1]  1/18
speak [1]  30/24
special [1]  18/19
spend [1]  26/3
spoken [2]  8/5 36/24
STACIE [2]  1/14 2/7
stand [1]  2/12
state [1]  22/19

stated [14]  21/20 31/2 31/6 31/9 31/11
31/23 32/23 33/2 33/8 33/16 33/18
33/20 35/2 35/9
statement [2]  2/25 33/18
statements [1]  36/14
states [11]  1/1 1/3 1/12 2/4 2/8 10/12
16/7 16/11 16/18 16/20 24/5 24/6 24/21
28/17 29/21 34/3 36/9 39/7
statute [1]  21/20
statutory [2]  16/4 16/13
still [1]  26/15
stop [2]  7/1 32/5
Street [1]  1/15
student [1]  15/10
subsequently [2]  33/4 37/3
substantial [9]  13/16 13/18 13/22 14/8
14/10 21/25 23/13 23/22 26/8
such [4]  10/6 17/24 28/7 28/17
sufficient [1]  14/23
Suite [3]  1/15 1/18 1/20
supervised [8]  18/18 18/24 18/25 19/2
25/22 25/23 25/25 26/1
supported [1]  38/8
sure [8]  19/16 22/14 23/1 23/20 31/15
31/17 32/1 32/6
Susan [1]  9/2
switched [1]  29/1
sworn [3]  2/13 2/15 2/21

**T**

take [4]  6/13 6/20 28/5 33/24
takes [1]  25/25
taking [1]  6/4
talk [4]  3/4 3/6 8/4 32/4
talked [6]  20/1 20/24 35/12 35/17 36/22
36/25
TAMPA [8]  1/2 1/6 1/15 1/16 1/18 1/21
30/7 39/8
TAYLOR [6]  1/17 2/9 5/17 7/23 8/19
37/11
telephone [3]  34/21 34/23 34/25
telephones [1]  34/19
tell [9]  2/13 2/18 2/21 2/23 5/16 11/7
29/18 33/15 37/16
ten [1]  14/20
term [3]  18/13 18/14 18/18
terms [1]  7/5
territory [1]  28/16
testify [2]  13/13 27/9
than [2]  7/9 28/3
Thank [7]  2/11 8/19 11/20 16/22 35/1
38/20 38/21
that [211]
that would [1]  22/9
that's [13]  3/9 5/21 22/14 22/15 22/23
22/23 23/4 25/10 25/11 25/12 25/19
26/7 28/25
That's what [1]  25/10
them [12]  6/25 7/1 8/17 8/17 11/8 11/13
11/15 19/22 27/8 30/5 31/7 33/25
then [5]  2/13 15/25 16/18 19/22 29/18
there [12]  5/20 12/14 17/15 17/23 20/25
23/22 26/7 27/24 31/15 34/18 35/14
35/21
there's [4]  3/21 15/18 21/23 38/19
these [6]  4/21 7/19 15/15 19/10 27/20
28/11
they [7]  20/2 31/5 31/5 31/7 33/22 33/22
36/24
thing [4]  6/2 22/8 23/8 25/5
things [4]  15/24 23/2 23/10 33/24
think [2]  17/3 23/11
thinking [2]  23/5 26/5

## T

thinks [1]  12/3
third [2]  25/14 29/6
this [38]  3/17 7/25 8/22 8/24 9/1 9/11
9/15 10/11 10/16 10/16 10/24 12/5
12/15 14/6 15/25 16/2 17/7 17/11 18/6
19/24 21/5 21/23 23/3 23/8 25/3 25/4
26/15 27/23 28/10 29/20 30/17 32/7
36/17 37/7 37/13 37/14 37/21 38/3
those [13]  6/5 6/10 6/20 8/9 11/4 11/7
11/12 18/2 19/15 27/16 29/18 35/5 35/7
though [4]  11/24 12/2 15/21 26/18
thought [2]  21/15 36/2
thoughts [1]  23/17
threatened [2]  9/19 17/18
three [7]  8/6 12/22 15/24 23/10 25/18
28/12 37/17
three-quarters [1]  25/18
through [2]  12/11 14/19
throughout [2]  27/7 30/3
Tim [1]  2/9
time [13]  7/2 10/19 19/2 20/22 26/4
30/20 30/21 31/3 33/20 34/7 34/8 35/13
37/8
times [5]  34/4 34/4 35/18 35/19 35/20
TIMOTHY [1]  1/17
tip [1]  29/24
Title [1]  10/11
titled [3]  30/15 31/19 33/5
today [4]  7/7 7/8 9/11 38/10
told [1]  36/4
tower [1]  34/23
transcribed [1]  1/24
transcript [2]  1/10 39/2
transcription [1]  1/25
transmitted [1]  10/8
transported [5]  10/9 28/15 29/8 29/11
29/19
trauma [1]  6/12
treated [1]  4/17
treatment [2]  4/25 5/5
trial [5]  3/10 27/2 27/7 27/24 29/20
tried [1]  33/24
truck [3]  14/17 33/22 34/4
true [6]  3/19 11/10 11/17 35/7 35/10
37/19
truth [3]  2/13 2/21 2/23
two [5]  4/2 11/12 12/11 29/1 34/8
type [2]  14/2 29/23
types [1]  34/22

## U

U.S [2]  1/15 22/20
under [2]  13/10 15/6
underage [1]  36/25
understand [44]
understanding [4]  21/2 22/3 24/2 25/3
understandings [1]  17/13
understands [3]  8/1 22/14 24/9
understood [2]  8/8 33/18
UNITED [17]  1/1 1/3 1/12 2/4 2/8 10/11
16/7 16/11 16/18 16/20 24/5 24/6 24/21
28/17 29/21 36/9 39/7
unless [3]  26/7 33/3 38/19
until [2]  19/16 29/25
unusual [1]  8/7
up [18]  9/19 12/4 14/21 16/3 17/12
18/17 21/16 23/3 23/21 24/19 25/23
26/24 27/19 29/1 33/21 34/4 35/25
37/23
update [1]  15/13
upwards [1]  20/13

## V

use [2]  10/3 19/22
used [4]  3/22 25/9 27/12 28/4
user [2]  30/19 34/15
using [3]  1/24 10/8 29/10

## V

valuable [1]  17/24
very [3]  3/3 3/12 38/6
via [1]  1/24
victim [8]  12/12 12/18 19/6 30/17 31/11
31/22 32/19 34/13
video [12]  30/14 30/16 31/15 31/19
31/21 31/23 33/3 33/4 33/7 33/8 34/18
34/21
videos [10]  30/4 30/5 31/14 31/17 34/13
34/14 34/15 34/19 34/20 34/21
violate [1]  19/2
violated [1]  18/25
violates [1]  16/14
violation [1]  10/11
visited [1]  34/3
visual [8]  10/5 10/7 28/6 28/9 28/19 29/8
29/9 29/12
voluntarily [1]  17/9
voluntary [1]  38/8
vote [1]  17/25

## W

waive [1]  30/24
waiver [6]  16/19 17/7 23/9 23/25 24/5
30/23
waives [1]  16/4
want [8]  3/9 22/14 26/15 32/5 33/1
33/24 33/25 37/9
wanted [5]  20/23 22/24 24/12 27/9
30/23
warned [1]  3/3
warrant [2]  30/9 30/21
was [60]
way [5]  13/23 17/18 22/16 25/7 25/24
ways [1]  28/12
we [16]  2/3 2/6 3/4 8/1 8/8 8/8 11/23
15/18 28/23 29/1 36/6 36/12 36/14
36/18 36/19 36/19
we'll [1]  38/19
weeks [1]  34/9
well [13]  7/6 7/18 21/19 23/15 24/15
24/15 28/10 36/6 36/12 36/13 36/13
37/6 38/6
went [3]  28/23 33/22 34/7
were [12]  8/8 8/8 18/6 29/20 31/4 31/5
31/7 34/14 34/15 34/18 34/20 37/7
what [32]  3/4 5/23 6/2 6/10 6/16 8/8
14/2 16/1 19/16 20/5 21/24 22/15 22/23
22/23 22/24 24/25 25/4 25/5 25/8 25/10
25/11 26/6 28/22 32/2 33/15 35/20
36/10 36/11 36/12 36/17 37/15 37/16
what's [4]  4/3 8/1 10/20 24/2
whatever [2]  31/5 34/5
when [10]  4/24 7/2 13/14 31/5 31/7
31/12 32/21 33/15 37/7 37/10
where [6]  4/6 8/1 8/8 15/9 15/10 21/12
whether [6]  9/10 11/7 11/9 11/23 13/15
23/16
which [7]  14/16 17/16 24/8 27/3 29/1
30/10 31/20
who [3]  8/25 28/2 30/17
why [2]  22/14 23/4
will [15]  3/9 8/25 12/10 12/23 13/14
17/23 19/15 19/16 19/21 20/18 24/23
27/16 33/15 38/9 38/17
wish [1]  37/25
within [3]  7/10 7/14 12/24

without [1]  30/24
witnesses [4]  27/8 27/10 36/13 36/15
women [2]  31/2 31/8
word [2]  25/5 32/1
worded [1]  25/6
words [4]  4/21 22/16 24/15 36/10
work [1]  15/10
would [26]  8/9 15/21 18/24 19/1 19/1
21/16 21/17 21/25 22/6 22/7 22/8 22/9
22/16 24/7 24/19 25/14 27/2 27/4 27/6
27/12 27/25 29/8 33/2 33/2 33/14 36/10
write [1]  4/11
writing [1]  38/9
written [2]  17/12 17/16

## Y

Yeah [1]  25/4
year [10]  21/7 21/13 21/17 22/17 22/18
22/22 24/14 24/16 24/22 30/2
years [17]  5/18 5/19 18/14 18/14 18/19
21/1 21/1 24/19 28/3 32/21 33/12 33/14
33/16 33/18 35/23 35/25 37/2
yes [78]
you [221]
you'll [1]  26/23
you're [19]  3/17 7/18 9/23 15/10 15/21
15/23 17/21 18/23 23/21 26/2 26/3 26/8
27/19 32/1 32/6 37/15 37/16 37/23 38/6
you've [4]  2/20 18/12 23/10 23/25
your [76]
yours [1]  9/3